JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESA BROOKE, | ) | Case No. 2:21-cv-01357-RGK-AGR |
| Plaintiff(s), | ) | |
| | ) | ORDER DISMISSING ACTION FOR |
| vs. | ) | LACK OF PROSECUTION |
| | ) | |
| NA GLENDALE LLC, | ) | |
| Defendant(s). | ) | |

On May 19, 2021, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [12]. Plaintiff's response to the Order to Show Cause was due by May 24, 2021. As of this date, no response has been filed to the Order to Show Cause. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: June 10, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE